IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| SAMUEL J. WATERS, | § | |
| | § | No. 463, 2024 |
| Defendant Below, Appellant, | § | |
| | § | Court Below–the Superior |
| v. | § | Court of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 2202013005 |
| | § | |
| Appellee. | § | |

Submitted: July 9, 2025
Decided: July 17, 2025

Before **SEITZ**, Chief Justice; **VALIHURA** and **GRIFFITHS**, Justices.

## ORDER

After careful consideration of the parties' briefs and the record on appeal, we find it evident that the judgment below should be affirmed on the basis of and for the reasons stated in the Superior Court's Opinion and Order dated May 8, 2024.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice